UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LAVARA BLANCHARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01525-JPH-DLP |
| | ) | |
| JAIME OSS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Transferring Action to Northern District of Indiana**

Plaintiff Lavara Blanchard, an inmate at the La Porte County Jail, in La Porte, Indiana, brought this civil rights lawsuit based on alleged mistreatment at the Jail. To the extent discernible from the complaint, none of the defendants are located, and none of the actions occurred, in the Southern District of Indiana.

The venue statute, 28 U.S.C. § 1391(b) provides the following:

A civil action may be brought in—

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

La Porte County lies in the South Bend Division of the Northern District of Indiana. *See* 28 U.S.C. § 94(a)(2). Pursuant to the venue statute, § 1391(b)(2), this action could have been brought in the Northern District of Indiana, and it does not appear that venue is proper in this district. 28 U.S.C. § 1404, provides: "For the convenience of parties and witnesses, in the interest

of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Pursuant to 28 U.S.C. § 1404, without having ruled on the motion to proceed *in forma pauperis*, the above action is now **TRANSFERRED** to the South Bend Division of the United States District Court for the Northern District of Indiana.

**SO ORDERED**.

Date: 6/8/2021

                                           James Patrick Hanlon
                                           United States District Judge
                                           Southern District of Indiana

Distribution:

LAVARA BLANCHARD
20140330
LA PORTE COUNTY JAIL
809 State
Suite 201A
La Porte, IN 46350